(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>WESTERN DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Lewis, Richard, J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Lewis, Kathleen M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Gephart, Kathleen M |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>6804 | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>0653 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>524 Cayuga Drive<br>Niagara Falls, New York 14304 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>524 Cayuga Drive<br>Niagara Falls, New York 14304 |
| County of Residence or of the Principal Place of Business: Niagara | County of Residence or of the Principal Place of Business: Niagara |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address):<br><br>**05-18933** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☒ Individual(s)   ☐ Railroad
☐ Corporation    ☐ Stockbroker
☐ Partnership    ☐ Commodity Broker
☐ Other_____ ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business   ☐ Business

**Filing Fee** (Check one box)
☐ Full Filing Fee attached
☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

This Space For Court Use Only

**Estimated Number of Creditors**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

FILED 05 SEP 30 AM 9: U.S. BANKRUPTCY COURT WDNY-BUFFALO

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: 524 Cayuga Drive Inc. d/a KELLYS KORNER | Case Number: 1--05-17201-mjk | Date Filed: AUG 24, 2005 |
|---|---|---|
| District: WESTERN | Relationship: VICE PRES. | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Richard J. Lewis_ (signed)
Signature of Debtor

X _Kathleen M. Lewis_ (signed)
Signature of Joint Debtor

716-283-2545
Telephone Number (If not represented by attorney)

9/27/05
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)  Bar ID Number

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Kathleen M. Lewis
Printed Name of Bankruptcy Petition Preparer

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
Social Security Number (Required by 11 U.S.C. § 110)

524 Cayuga Drive
Address
Niagara Falls, New York 14304

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Kathleen M. Lewis_ (signed)
Signature of Bankruptcy Petition Preparer

9/27/05
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

GM Cardmember Services
P.O. Box 37281
Baltimore, Md. 21297-3281
Act# 5499 4410 0580 7196

Greater Niagara Newspaper
310 Niagara Street
Niagara Falls, N.Y. 14393
Act# 3640823

Rubin & Rothman
1787 Veterans Highway
Islandia, NY. 11749
Monogram Credit Card Bank of Georgia
402994

Capital One
1957 Westmoreland Road
Richmond, VA 23276
5178-0522-4837-3553

Sears Premier Card
P.O. Box 182149
Columbus, OH 43218-2149

EMC Mortgage Corp.
220 Ross Avenue
Dalas, TX 75201

Independent Health
2500 Corporate Exchange Dr.
Suite 150
Columbus, Ohio 43231


Lease Finance Group. Div Cit
P.O. Box 4263
Chicago, Il 60693
001-0579749-000
001-0578825-000

CitiFinncial
2167 Sheridan Drive
Tonawanda, N.Y. 14223
Act# 126003

Ford Credit
P.O. Box 543099
Omaha, Ne. 68154
JEN2783PH4

Buffalo General Hospital
P.O. Box 9315A
Rochester, New York 14604
1113041 & 1108648